UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BENJAMIN GUILLOT** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: |
| | * | |
| **CROWLEY MARITIME CORPORATION** | * | SECTION: |
| **AND CROWLEY MARINE SERVICES, INC** | * | |
| | * | MAGISTRATE: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SEAMAN'S COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant, Benjamin Guillot, a person of full legal age and a citizen and Slidell, Louisiana. Complainant avers the following:

**I.**

Made party defendants are:

**Crowley Maritime Corporation,** a Delaware Corporation with its principal place of business in Florida, yet authorized to do and doing business within this state.

**Crowley Marine Services Inc,** a Delaware Corporation with its principal place of business in Florida, yet authorized to do and doing business within this state.

**II.**

On or about March 12, 2010, Benjamin Guillot was employed by defendants assigned to the *M/V Admiral* in the capacity of mate.

**III.**

On March 12, 2010, complainant was caused injuries to his back, neck, spine and mind when he was caused to fall on the *M/V Admiral* while boarding the *M/V Admiral.* While using a rail of the *M/V Admiral* in its designed manner, said rail broke causing complainant to fall.

**IV.**

At all material times herein the *M/V Admiral* was owned, operated and controlled by defendants.

**V.**

A proximate cause of the accident herein was the negligence attributable to defendants in failing to furnish complainant a safe place to work. A proximate cause of the accident and injuries herein was the unseaworthy condition of the *M/V Admiral*.

**VI.**

As a direct and proximate result of the accident herein, Benjamin Guillot sustained injuries to his back, neck and mind and damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, found, and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendants herein for the full and total sum of FOUR MILLION ($4,000,000.00) DOLLARS. Maintenance and cure are being paid. However, complainant is not being paid the proper amount for mileage reimbursement. Furthermore, defendants directly hired nurse, Janice Ducote, who works out of Laplace, Louisiana and who furnishes medical management services. In connection with

furnishing complainant medical management services said nurse has improperly attempted to have complainant prematurely placed at maximum medical improvement, to perform certain daily functions against medical advice and to improperly attempt to limit complainant's cure/treatment. Defendants are responsible for the actions of said nurse under the maritime law. Demand is made for proper cure and all damages allowed under the general maritime law associated with said claim, including attorney fees, compensatory damages and punitive damages.

    **WHEREFORE**, complainant, Benjamin Guillot, demands judgment against the defendants herein for the full and total sum of FOUR MILLION ($4,000,000.00) DOLLARS, altogether with legal interest thereon from the date of the accident herein until paid, for proper cure and related damages, including punitive damages, compensatory damages and attorney fees, for all costs of these proceedings and all appropriate, general and equitable relief.

Respectfully submitted,

DISCON LAW FIRM

BY: S/ THOMAS M. DISCON
  THOMAS M. DISCON, #14219
  424 N. Causeway Blvd., Suite A
  Mandeville, Louisiana   70448
  Telephone: (985) 674-9748

AND

BY: S/ ROBERT K. LANSDEN
ROBERT K. LANSDEN # 25441
125 E. Pine Street,
Ponchatoula, Louisiana 70454
Telephone: 985-370-9006
Attorneys for Complainant

**PLEASE SERVE:**

**CROWLEY MARINE SERVICES, INC.**
**through registered agent for process:**
**CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD., STE 400B**
**BATON ROUGE, LA 70808**

**CROWLEY MARITIME CORPORATION**
**through their registered agent for service of process:**
**CORPORATION SERVICE COMPANY WHICH**
**WILL DO BUSINESS IN CALIFORNIA AS**
**CSC- LAWYERS INCORPORATING SERVICE**
**2730 GATEWAY OAKS DRIVE, SUITE 100**
**SACRAMENTO, CA 95833**